1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MOODY W. TANKSLEY, | No. 2:14-cv-2281 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERRIFF DEPT., et al., | |
| Defendants. | |

Plaintiff is a former jail inmate proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and is proceeding in forma pauperis. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302. Plaintiff's amended complaint is now before the court. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302. (ECF No. 4.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Here, the court concludes that the amended complaint fails to cure the deficiencies of the original complaint (see ECF No. 5), fails to state a claim, and that further leave to amend would be futile.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The amended complaint is dismissed with prejudice; and

2. The Clerk of Court shall close this case.

Dated: February 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / tank2281.14amd.new